2-752024
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
ZIM AMERICAN INTEGRATED
SHIPPING SERVICES, INC.,

                        Plaintiff,

            - against -

KX INDUSTRIES, L.P.,

                        Defendant.
-------------------------------------------------------X

JUDGE JONES

07 CIV 8486

CIVIL COMPLAINT
IN ADMIRALTY

RECEIVED
OCT 01 2007
U.S.D.C. S.D.N.Y.
CASHIERS

       Plaintiff ZIM AMERICAN INTEGRATED SHIPPING SERVICES, INC., by its attorneys, LAW OFFICES OF ALBERT J. AVALLONE & ASSOCIATES, as and for its Complaint against defendant KX INDUSTRIES, L.C., in personam, in a cause of action civil and maritime, alleges upon information and belief:

       1. This is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure, the Ocean Shipping Reform Act of 1999, 46 U.S.C., App. Section 1701, et seq., and Paragraph 24 of the Bill of Lading.

       2. At all times hereinafter mentioned, plaintiff ZIM INTEGRATED SHIPPING SERVICES, INC. was and still is a corporation duly organized and existing under the laws of the State of Delaware with offices and a place of business at 5801 Lake Wright Drive, Norfolk, VA 23502.

       3. Upon information and belief and at all times hereinafter mentioned, defendant had and now has the legal status and place of business as set forth in Schedule A.

       4. On or about the dates and at the ports of shipment stated in Schedule A, certain goods were delivered to plaintiff to be carried to the ports of destination and at the agreed charges to be paid by defendant pursuant to plaintiff's public tariff.

5. Thereafter, the said goods were transported to the ports of destination and delivered to the consignee and/or its agents.

6. Plaintiff has duly performed all duties and obligations required to be performed by plaintiff.

7. Defendant has failed and refused and continues to fail and to refuse to remit the $2,448.00 due, although duly demanded.

8. By reason of the foregoing, plaintiff has sustained damages in the amount of $2,448.00 which, although duly demanded, have not been paid.

WHEREFORE, plaintiff prays:

1. For judgment in the amount of plaintiff's damages, together with interest thereon from the respective dates due, costs, disbursements, and a reasonable attorney's fee.

2. That process in due form of law according to the practice of this Court in cases of admiralty and maritime jurisdiction may issue against the defendant citing it to appear and answer all the singular matters aforesaid.

3. That plaintiff have such other and further relief in the premises as in law and justice it may be entitled to receive.

Dated: New York, New York
September 25, 2007

LAW OFFICES OF
ALBERT J. AVALLONE & ASSOCIATES

By_____
Albert J. Avallone - AA1679
Attorneys for Plaintiff
ZIM AMERICAN INTEGRATED
 SHIPPING SERVICES, INC.
551 Fifth Avenue, Suite 1625
New York, NY 10176
(212) 696-1760

I. <u>Defendant's status & address</u>:

    A. Upon information and belief and at all times hereinafter mentioned, defendant KX INDUSTRIES, L.C. was and still is a corporation organized and existing under the laws of the State of Connecticut, with offices and a place of business at 55 Railroad Avenue, New Haven, CT 06516.

II. <u>Particulars</u>:

    1. Bill of Lading No. ZIMUORF98341, dated April 19, 2005, from Orange, CT to Ashdod <u>via</u> New York on the Vessel ZIM VIRGINIA, one (1) twenty-foot container SAID TO CONTAIN: WTER FILTERS, at the applicable prepaid tariff and/or Service Contract rate of $240.00 (Exhibit A).

Amount Paid: $0                    Amount Due: $240.00

    2. Bill of Lading No. ZIMUORF180744, dated January 23, 2007, from Orange to Ashdod <u>via</u> New York on the Vessel ZIM NEW YORK, one (1) forty-foot container SAID TO CONTAIN: WATER FILTERS, at the applicable prepaid tariff and/or Service Contract rate of $736.00 (Exhibit B).

Amount Paid: $0                    Amount Due: $736.00

    3. Bill of Lading No. ZIMUORF185960, dated February 23, 2007, from Orange to Ashdod <u>via</u> New York on the Vessel ZIM PANAMA, one (1) forty-foot container SAID TO CONTAIN: WATER FILTERS, at the applicable prepaid tariff and/or Service Contact rate of $736.00 (Exhibit C).

Amount Paid: $0                    Amount Due: $736.00

4. Bill of Lading No. ZIMUORF187118, dated February 28, 2007, from Orange to Ashdod via New York on the Vessel ZIM SAVANNAH, one (1) forty-foot container SAID TO CONTAIN: WATER FILTERS, at the applicable prepaid tariff and/or Service Contract rate of $736.00 (Exhibit D).

Amount Paid: $0                                    Amount Due: $736.00

III. Total Amount Due: $2,448.00

| SHIPPER / EXPORTER (NAME & ADDRESS) | BOOKING NO. | BILL OF LADING NO. |
|---|---|---|
| INDUSTRIES<br>NO. 06-1493835<br>SOUTH LAMBERT ROAD ORANGE, CT<br>77, UNITED STATES OF AMERICA | | |
| | EXPORT REFERENCES<br>TOAM FILE# 770-5083 - CONSIGNEE<br>ORDER #<br>052-5211263/JO-FORWARDERS REFERENCE<br>PMC# 275 | |
| CONSIGNEE (NAME & ADDRESS)<br>M FOR TANA INDUSTRIES<br>NO. 511581324<br>MEYTAV ST TEL AVIV, ISRAEL | FORWARDING AGENT F.M.C. No.<br>UPS SUPPLY CHAIN SOLUTIONS<br>1000 PORT CARTERET DRIVE<br>PORT CARTERET, NJ 07008<br>CHB 2765 | |
| NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER<br>NOTIFY (NAME & ADDRESS)<br>M FOR TANA INDUSTRIES<br>NO. 511581324<br>MEYTAV ST TEL AVIV, ISRAEL | POINT AND COUNTRY OF ORIGIN (FOR MERCHANT'S REFERENCE ONLY)<br>ORANGE   CT | |
| | REMARKS / EXPORT OR OTHER INSTRUCTIONS<br>FRITZ COMPANIES ISRAEL<br>32 HAHAROSHET ST<br>OR-YEHUDA, ISRAEL | |

| FOR DEFINITION SEE CLAUSE 2 OVERLEAF | | |
|---|---|---|
| PRE-CARRIAGE BY (MODE) | PLACE OF RECEIPT OF GOODS (IF COMBINED)<br>ORANGE, CT | SEA WAYBILL *SERVICE CONTRACT NO. 25398-IS* |
| OCEAN VESSEL<br>VIRGINIA 10/E | VOY / PORT OF LOADING<br>NEW YORK, NY | |
| PORT OF DESTINATION<br>DOD, IL | FINAL DESTINATION<br>(IF CONTRACTED FOR) | FURTHER ROUTING (AT MERCHANT'S EXPENSE, RISK AND RESPONSIBILITY) |

PARTICULARS AS FURNISHED BY SHIPPER

| MKS & NOS. / CONT. NOS. | DESCRIPTION OF GOODS | WEIGHT | MEASUREMENT |
|---|---|---|---|
| ADDRESSED    1 CNT | X20' CNTR SLAC:<br>9 SKD SLAC 492 CTNS<br>WALTER FILTERS H.S. 8421<br>NO SED REQUIRED - AES -<br>943083515-05252112630000001<br>LICENSE: # NLR TYPE: NLR (ALL<br>OTHERS) | 5604KG<br>12354LB | |
| 368998-20'-SBAL8439867 9 SKD 12354LBS/5604KGS/DV | | | |

**NON-NEGOTIABLE**

COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE UNITED STATES OF AMERICA IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

| DETAILS | RATE | TOTAL |
|---|---|---|
| FREIGHT COLLECT<br>ON BOARD : 04/19/2005<br>BY<br>SHIPPERS/LOAD/COUNT/STOW | | |

**EXHIBIT "A"**

| MERCHANT'S DECLARED VALUE OF GOODS<br>SEE ATTACHED LIST | IN WITNESS whereof the Master or Agent of the said vessel has signed the number of original Bills of Lading stated below. All of this tenor and date. If this Bill of Lading is consigned to order, one shall be surrendered before delivery and the others to stand void. |
|---|---|
| | FREIGHT PAYABLE AT<br>DESTINATION | NO. OF ORIGINAL B/L<br>ZERO |
| | PLACE AND DATE OF ISSUE<br>NORFOLK, VA  04/19/2005 |
| | ZIM CONTAINER SERVICE<br>As Agents for Zim Integrated Shipping Services Ltd.<br>As Carrier |

**NON- NEGOTIABLE**

```
CHARGES OV ZVG,16/E - USOGA - TLASHJSNYC - ZIMUORFS8341
DETAILS            PER   AMOUNT      PREPAID  COLLECT
------------------------------------------------------
FREIGHT            UNIT  1200.00        DL    1200.00
WAR RISK           UNIT     9.00        DL       9.00
PRECARRIAGE        UNIT   475.00        DL     475.00
BUNKER/FUEL        UNIT   125.00        DL     125.00
DETENTION          U      240.00     240.00       DL
TERMINAL           UNIT    28.00        DL      28.00
INTERMODAL         UNIT    75.00        DL      75.00
U.S.INTERMODAL     UNIT    60.00        DL      60.00
INTERNATIONAL      UNIT     6.00        DL       6.00
                                    ---------------
                             $US    240.00    1978.00
```

| SHIPPER NAME & ADDRESS | | BOOKING NO. 158389 | BL SERIAL NO. 80744 |
|---|---|---|---|
| INDUSTRIES RAILROAD ... ST HAVEN CT 06516 US | | EXPORT REFERENCES: MOSBDL60289811    7060247040    FMC# 275 | |
| CONSIGNEE NAME & ADDRESS: M IMPORT & EXPORT FOR TANA MEYTAV ST AVIV 67897 IL | | FORWARDING AGENT: UPS SUPPLY CHAIN SOLUTIONS 1000 PORT CARTERET DRIVE PORT CARTERET, NJ 07008 | |
| (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER) NOTIFY (NAME & ADDRESS): TZ COMPANIES ISRAEL T LTD HAHAROSHET STREET YEHUDA 60375 IL | | POINT AND COUNTRY OF ORIGIN (FOR MERCHANT'S REFERENCE ONLY): REMARKS / EXPORT OR OTHER INSTRUCTIONS: | |

| CARRIAGE BY (MODE) | PLACE OF RECEIPT OF GOODS (IF CONTRACTED FOR) | SEA WAYBILL *SERVICE CONTRACT NO. 26187-18* | |
|---|---|---|---|
| LOADING VESSEL: NEW YORK 23/E | PORT OF LOADING: NEW YORK | | |
| PORT OF DESTINATION: DOD | FINAL DESTINATION (IF CONTRACTED FOR): | FURTHER ROUTING (AT MERCHANT'S EXPENSE, RISK AND RESPONSIBILITY): | |

PARTICULARS AS FURNISHED BY SHIPPER

| MKS & NOS. / CONT. NOS. | DESCRIPTION | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|
| 1 CNT | X 40' STANDARD CONTAINER SLAC:24 SKIDS SLAC:813 CASES WATER FILTERS H.S. 8421 IRS NO. 0601493835 VAT NO. 511581324 NO SED REQUIRED AES FWDR:X20070117022014 | 9847.000KG | 21708LB |

416683-40'-SEAL#414378 24 SKD 21708LBS/9847KGS/IV

**NON-NEGOTIABLE**

COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE UNITED STATES OF AMERICA IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

FREIGHT COLLECT
ON BOARD : 01/23/2007
BY
SHIPPERS/LOAD/COUNT/STOW

AD VALOREM FREIGHT

**EXHIBIT "B"**

MERCHANT'S DECLARED VALUE OF GOODS SEE ATTACHED LIST
If Merchant enters a Value, Carrier's "package" limitation of liability shall not apply and ad valorem freight will be charged (See Clause 23)

NOTE: Received in apparent good order and condition, unless otherwise stated herein...

The Merchant's attention is drawn to the fact that the terms of the Bill of Lading are continued on reverse side hereof and include limitations of liability in respect of loss or damage to the goods and delay. The package limitation mentioned in Clause 23 will not be applicable in the event that containers are carefully declared, itemized, valued by the Merchant prior to loading and Ad Valorem Freight is paid or contracted for. Goods carried in containers are carried in accordance with and subject to Carrier's combined transport service (see Clauses 10 overleaf)

IN WITNESS whereof the Master or Agent of the said vessel has signed the number of original Bills of Lading stated below. All of this tenor and date. If this Bill of Lading is consigned to order, one shall be surrendered before delivery and the others to stand void.

DESTINATION    NO. OF ORIGINALS: ZERO

PLACE AND DATE OF ISSUE: NORFOLK, VA 01/23/2007

ZIM CONTAINER SERVICE
As Agents for Zim Integrated Shipping Services Ltd.
As Carrier

**NON NEGOTIABLE**

```
CHARGES OF ZEY.29/E - USOGA - ILASHISNYC - ZIMUORF180744
DETAILS             PER   AMOUNT    PREPAID   COLLECT
----------------    ---   ---------------------------
FREIGHT             UNIT  1400.00      DL     1400.00
WAR RISK            UNIT    43.00      DL       43.00
PRECARRIAGE         UNIT   575.00    575.00    DL
BUNKER/FUEL         UNIT   456.00      DL      456.00
TERMINAL            UNIT    39.00      DL       39.00
INTERMODAL          UNIT    75.00     75.00    DL
INTERNATIONAL       UNIT     6.00      DL        6.00
INTERMODAL          UNIT    86.00     86.00    DL
                                    ----------------
                              $US    736.00   1944.00
```

| SHIPPER / EXPORTER (NAME & ADDRESS) | BOOKING NO. URF163433 | B/L NO. ZIMUORF185960 |
|---|---|---|
| INDUSTRIES<br>RAILROAD AVE<br>T HAVEN CT 06516 USA | EXPORT REFERENCES<br>MOSBDL60331086 | |
| CONSIGNEE (NAME & ADDRESS)<br>M IMPORT & EXPORT FOR TANA<br>MEITAV ST<br>AVIV 67897 IL | FORWARDING AGENT F.M.C. NO.<br>UPS SUPPLY CHAIN SOLUTIONS<br>1000 PORT CARTERET DRIVE<br>PORT CARTERET, NJ 07008 | FMC# 275 |
| NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER<br>NOTIFY (NAME & ADDRESS)<br>TZ COMPANIES ISRAEL LTD<br>HAHAROSHET STREET<br>YEHUDA 60375 IL | POINT AND COUNTRY OF ORIGIN (FOR MERCHANT'S REFERENCE ONLY) | |
| | REMARKS / EXPORT OR OTHER INSTRUCTIONS | |

| PRE-CARRIAGE BY (MODE) | PLACE OF RECEIPT OF GOODS | SEA WAYBILL *SERVICE CONTRACT NO. 26187-10* |
| | ORANGE | |
| OCEAN VESSEL<br>PANAMA 18/E | PORT OF LOADING<br>NEW YORK | |
| PORT OF DESTINATION<br>OD | FINAL DESTINATION (IF CONTRACTED FOR) | FURTHER ROUTING (AT MERCHANT'S EXPENSE, RISK AND RESPONSIBILITY) |

PARTICULARS AS FURNISHED BY SHIPPER

| MKS & NOS. / CONT. NOS. | NO. OF PKGS | DESCRIPTION OF GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| ADDRESSED | 1 CNT | X40' STANDARD CONTAINER SLAC:24<br>SKIDS<br>600 CASES WATER FILTERS<br>H.S. 8421<br>IRS NO. 06-1493835<br>VAT NO. 511581324<br>TOAM FILE NO. 0770-7038 | 9035KG<br>19918LB | |
| 51239-40' -SEAL#414349 24 SKD 19918LBS/9035KGS/DV | | | | |

**NON-NEGOTIABLE**

COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE UNITED STATES OF AMERICA IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

FREIGHT COLLECT
ON BOARD : 02/23/2007
SHIPPERS/LOAD/COUNT/STOW

**EXHIBIT "C"**

MERCHANT'S DECLARED VALUE OF GOODS: ATTACHED LIST

FREIGHT PAYABLE AT **DESTINATION**   No. OF ORIGINAL B/L: **ZERO**

PLACE AND DATE OF ISSUE
NORFOLK, VA 02/23/2007

ZIM CONTAINER SERVICE
As Agents for Zim Integrated Shipping Services Ltd.
As Carrier

**NON- NEGOTIABLE**

```
CHARGES OF ZPM,19/B - USOGA - ILASHUSNYC - ZIMUCRF185960
                        R  A  T  E
DETAILS           PER   AMOUNT      PREPAID  COLLECT
-----------      -----  --------    ------------------
FREIGHT          UNIT   1400.00        DL    1400.00
WAR RISK         UNIT   19.00          DL      19.00
PRECARRIAGE      UNIT   575.00       575.00    DL
BUNKER/FUEL      UNIT   456.00         DL     456.00
TERMINAL         UNIT   39.00          DL      39.00
INTERMODAL       UNIT   75.00        75.00     DL
INTERNATIONAL    UNIT   6.00           DL       6.00
INTERMODAL       UNIT   86.00        86.00     DL
                                    ---------------
                            $US     736.00   1919.00
```

| SHIPPER/EXPORTER (NAME & ADDRESS) | BOOKING NO. ORF164406 | B/L OF LADING NO. ZIMUORF187118 |
|---|---|---|
| INDUSTRIES<br>9 SOUTH LAMBERT ROAD<br>ORANGE CT 236 US | | |
| CONSIGNEE (NAME & ADDRESS)<br>AM IMPORTS & EXPORTS FOR TANA<br>MEITAV ST<br>AVIV | EXPORT REFERENCES<br><br>FORWARDING AGENT F.M.C. No. | |
| NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER<br>NOTIFY (NAME & ADDRESS)<br>AM IMPORTS & EXPORTS FOR TANA<br>MEITAV ST<br>AVIV | POINT AND COUNTRY OF ORIGIN (FOR MERCHANT'S REFERENCE ONLY)<br><br>REMARKS / EXPORT OR OTHER INSTRUCTIONS | |

| FOR DEFINITION SEE CLAUSE 1 OVERLEAF | PLACE OF RECEIPT OF GOODS<br>ORANGE | SEA WAYBILL *SERVICE CONTRACT NO. 26187-18* |
|---|---|---|
| LOADING VESSEL<br>SAVANNAH 10/E | PORT OF LOADING<br>NEW YORK | |
| PORT OF DESTINATION<br>IDOD | FINAL DESTINATION | FURTHER ROUTING (AT MERCHANT'S EXPENSE, RISK AND RESPONSIBILITY) |

PARTICULARS AS FURNISHED BY SHIPPER

| MKS & NOS. / CONT. NOS. | DESCRIPTION OF GOODS | WEIGHT | MEASUREMENT |
|---|---|---|---|
| ADDRESSED  1 CNT | X 40' STANDARD CONTAINER SAID TO<br>CONTAIN 24 SKIDS<br>STC: 618 CASES WATER FILTERS<br>H.S. 8421<br>IRS NO. 06-1493835<br>VAT NO. 511581324<br>TOAM FILE NO. 0770-7042<br>NO SED REQUIRED AES<br>FWDR:X20070226007414 | 7034KG<br>15507LB | |

ISS41910-40 - SEAL#414359 24 SKD 16507LBS/7034KGS/DV

THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE UNITED STATES OF AMERICA IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

**NON-NEGOTIABLE**

FREIGHT COLLECT
ON BOARD : 02/28/2007
CY
SHIPPERS/LOAD/COUNT/STOW

**EXHIBIT "D"**

MERCHANT'S DECLARED VALUE OF GOODS: SEE ATTACHED LIST

FREIGHT PAYABLE AT DESTINATION    No. OF ORIGINAL: ZERO

PLACE AND DATE OF ISSUE: NORFOLK, VA 02/28/2007

ZIM CONTAINER SERVICE
As Agents for Zim Integrated Shipping Services Ltd.
As Carrier

**NON-NEGOTIABLE**

```
CHARGES OF ZXV/10/3     JSOGA - LLASHUSNYC - ZIMUOEF107118
                   R  A  T  E
DETAILS            PER  AMOUNT     PREPAID  COLLECT
-------            ---  ------     -------  -------
FREIGHT            UNIT 1400.00       DL    1400.00
WAR RISK           UNIT   16.00       DL      16.00
B/L FEES           U      25.00       DL      25.00
PRECARRIAGE        UNIT  575.00      575.00   DL
BUNKER/FUEL        UNIT  454.00       DL     454.00
TERMINAL           UNIT   39.00       DL      39.00
INTERMODAL         UNIT   75.00       75.00   DL
INTERNATIONAL      UNIT    6.00       DL       6.00
INTERMODAL         UNIT   86.00       86.00   DL
                                    ----------------
                              $US    736.50  1942.00
```