# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

## AFFIDAVIT OF SERVICE

Index No: 07 CIV 8486

Plaintiff/Petitioner: **ZIM American Integrated Shipping Services Inc**

Defendant/Respondent: **KX Industries, LP**

STATE OF CONNECTICUT
COUNTY OF NEW HAVEN    ss.:

Stuart Perlmutter, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of twenty-one and not a party to this action. I reside in the State of Connecticut, County of New Haven.

On 10/26/2007 at 1:45 PM, I served the within Summons and Civil Complaint in Admirality on KX Industries, LP at 1 Corporate Center, Hartford, CT 06103 in the manner indicated below:

☑ **CORPORATE SERVICE**: By delivering a true copy of each to **Angie Farineau, Clerk** of the above named corporation. So served and authorized to accept service.

A description of the Defendant, or other person served on behalf of the Defendant is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | White | Brown | 35 | 5'6 | 150 |

Other features:

Sworn to and subscribed before me this
___ day of _____, 20 __
by an affiant who is personally known to
me or produced identification.

X _____
Stuart Perlmutter

_____
NOTARY PUBLIC
My Commission Expires: 12/3/08