----------------------------------------X

# 07 CV 8486 ECF

Zim American Integrated Shipping
Srvs v. KX Industries, LP

**ORDER OF REFERENCE**
**TO A MAGISTRATE JUDGE**

07 Civ. 8486 (BSJ)(THK)

----------------------------------------X

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

✓ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*

___ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

___ Settlement*

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose:_____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
Particular Motion:_____

All such motions:_____

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED: New York, New York
11/13/07

_____
United States District Judge