UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
ZIM AMERICAN INTEGRATED
SHIPPING SERVICES, INC.,

          Plaintiff,

  - against -

KX INDUSTRIES, L.P.,

          Defendant.
---------------------------------------------------------X

07 CIV. 8486 (BSJ)

MOTION FOR ENTRY
OF JUDGMENT BY
DEFAULT

PLEASE TAKE NOTICE that upon the affidavits of Albert J. Avallone, Esq., with Exhibits annexed thereto and Adrienne James, and upon all prior papers and proceedings herein, plaintiff ZIM AMERICAN INTEGRATED SHIPPING SERVICES, INC. will move this Honorable Court at the United States District Court for the Southern District of New York, 500 Pearl St., New York, NY, before the Hon. Barbara S. Jones, D.J., in a Courtroom and at a time to be set by the Court, for the entry of judgment by default in favor of plaintiff and against defendant KX INDUSTRIES, L.P. due to defendant's failure to respond to the Complaint, pursuant to Fed.R.Civ.P. 12.

Dated: New York, New York
       December 18, 2007

LAW OFFICES OF
ALBERT J. AVALLONE & ASSOCIATES

By _____
Albert J. Avallone - AA1679
Attorneys for Plaintiff
ZIM AMERICAN INTEGRATED
SHIPPING SERVICES, INC.
551 Fifth Avenue, Suite 1625
New York, NY 10176
(212) 696-1760