UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ZIM AMERICAN INTEGRATED
SHIPPING SERVICES, INC.,

                    Plaintiff,

      - against -

KX INDUSTRIES, L.P.,

                    Defendant.
------------------------------------------------------------X

07 CIV. 8486 (BSJ)

**CLERK CERTIFICATE**

      I, J. MICHAEL McMAHON, Clerk of the United States District Court for the Southern District of New York, do hereby certify that the docket entries in the above entitled action indicate that the Summons and Complaint herein were filed on October 1, 2007, and that defendant KX INDUSTRIES, L.P. was served with copies of the Summons and Complaint on October 26, 2007 by personal service on Angie Farineau. I further certify that the docket entries indicate that the defendant has not filed an answer to the Complaint herein, and that the time to answer the Complaint has expired. The default of the defendant is hereby noted.

Dated: New York, New York
        December 20, 2007

_____
Clerk