AFFIDAVIT OF SERVICE BY MAIL

CITY OF NEW YORK    }
STATE OF NEW YORK   } SS:
COUNTY OF NEW YORK  }

Albert J. Avallone, being duly sworn, deposes and says that he is a member of the Law Offices of Albert J. Avallone & Associates, attorneys for plaintiff herein.

That on the 18th day of December, 2007, he served the within

Motion for Entry of Judgment by Default

upon the following:

    KX Industries, L.P.
    1 Corporate Center
    Hartford, CT 06103

by depositing (a) true copy(ies) of the same securely enclosed in (a) postpaid wrapper(s) in a Post Office Box regularly maintained by the United States Government at 551 Fifth Avenue, New York, NY 10176, directed to the above mentioned individual(s) at his (their) respective address(es) above, that (these) being the address(es) within the State designated by him (them) for that purpose upon the preceeding papers in this action or the place where he (they) then kept an office, between such places, there then was and now is a regular communication by mail.

Deponent is over the age of 18 years.

_____

Sworn to before me this
18th day of DECEMBER, 2007

_____

DOROTHY C. MERITE
Notary Public, State of New York
No. 81-4961967
Qualified in New York County
My Commission Expires 11/6/10