2-752024
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
ZIM AMERICAN INTEGRATED
SHIPPING SERVICES, INC.,

               Plaintiff,

   - against -

KX INDUSTRIES, L.P.,

               Defendant.
------------------------------------------------------X



07 CIV. 8486 (BSJ)

DEFAULT JUDGMENT

      This action having been commenced by the filing of a Summons and Complaint, and a copy of the Summons and Complaint having been served on defendant KX INDUSTRIES, L.P. on October 26, 2007 by personal service on Angie Farineau, and proof of service having been filed, and the defendant not having answered the Complaint, and the time for answering the Complaint having expired,

      Now on motion of the Law Offices of Albert J. Avallone & Associates, attorneys for the plaintiff, it is

      ORDERED, ADJUDGED AND DECREED that the plaintiff ZIM AMERICAN INTEGRATED SHIPPING SERVICES, INC. have judgment against defendant KX INDUSTRIES, L.P. in the liquidated amount of $2,448.00, with interest at 6% from the respective dates due amounting to $149.29, plus the costs and disbursements of this action in the amount of $660.00, amounting in all to $3,257.29.

Dated: New York, New York
      ~~December~~ , ~~2007~~
      April 2, 2008

                                _____
                                U.S.D.J.